IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANN MARIE PYLE                                                              PLAINTIFF

v.                                  CIVIL NO. 08-2146

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                              DEFENDANT

## ORDER

Now on this 15th day of October 2009, comes on for consideration the Report and Recommendation dated September 25, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, and remands this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

_____
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)